

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-19-00120-CR

Noemy G. **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11195
Honorable Ron Rangel, Judge Presiding

**ORDER**

This appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on March 27, 2019.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court